UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
         :
SHEILA TYSON,         :
         :
         Plaintiff,         :         22-CV-2050 (JMF)
         :
     -v-         :         <u>ORDER</u>
         :
GREEN DOT CORPORATION; GREEN DOT BANK  :
d/b/a GO2BANK,         :
         :
         Defendants.         :
         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On July 8, 2022, Plaintiff submitted an application for counsel. *See* ECF No. 9. In determining whether to grant an application for counsel, the Court must consider "the merits of plaintiff's case, the plaintiff's ability to pay for private counsel, his efforts to obtain a lawyer, the availability of counsel, and the plaintiff's ability to gather the facts and deal with the issues if unassisted by counsel." *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam). As a threshold matter, in order to qualify for counsel Plaintiff must demonstrate that her claim has substance or a likelihood of success. *See Hodge v. Police Officers*, 802 F.2d 58, 60-61 (2d Cir. 1986). In reviewing a request for counsel, the Court must be cognizant of the fact that volunteer attorney time is a precious commodity and, thus, should not grant a request for counsel indiscriminately. *Cooper*, 877 F.2d at 172.

       A more fully developed record will be necessary before it can be determined whether Plaintiff's chances of success warrant his request for counsel. Accordingly, it is hereby ORDERED that plaintiff's July 8, 2022 application for of counsel is denied without prejudice to renewal at such time as the existence of a potentially meritorious claim may be demonstrated.

Plaintiff should be aware, however, that there is a *Pro Se* Law Clinic in this District. The Clinic may be able to provide Plaintiff with advice in connection with her case. The *Pro Se* Law Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To make an appointment, Plaintiff may complete the Clinic's intake form on her computer or smartphone at a link available on this webpage: https://www.nysd.uscourts.gov/attorney/legal-assistance. Alternatively, to request an appointment, Plaintiff can call 212-659-6190 and leave a message, including a telephone number.

Plaintiff is also reminded that, per the Court's June 29, 2022 Order, ECF No. 8, Plaintiff must submit a letter to the Court by **July 29, 2022**, showing good cause why service was not made within the 90 days specified by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that the Defendants have been served, indicating when and in what manner such service was made.

The Clerk of the Court is directed to terminate ECF No. 9 and to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: July 11, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge