UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SHEILA TYSON, :
:
Plaintiff, :  22-CV-2050 (JMF)
:
-v- :  ORDER
:
GREEN DOT CORPORATION; GREEN DOT BANK :
d/b/a GO2BANK, :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Plaintiff's request for an extension of her service deadline, ECF No. 11, at 2, is GRANTED. The deadline to serve Defendants is hereby extended *nunc pro tunc* to **August 26, 2022**. Plaintiff is reminded that, as stated in this Court's March 16, 2022 Order, ECF No. 5, if the Complaint is not served on the defendants within that time, it is Plaintiff's obligation to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Additionally, Plaintiff's second application for counsel, ECF No. 11, at 5, is denied without prejudice to renewal at such time as the existence of a potentially meritorious claim may be demonstrated, for substantially the same reasons stated in the Court's July 11, 2022 Order. *See* ECF No. 10.

As noted in the Court's prior Order, however, Plaintiff should be aware that there is a *Pro Se* Law Clinic in this District. The Clinic may be able to provide Plaintiff with advice in connection with her case. The *Pro Se* Law Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). To make an appointment, Plaintiff may complete the Clinic's intake form on her computer or smartphone at a link available on this webpage: https://www.nysd.uscourts.gov/attorney/legal-assistance. Alternatively, to request an appointment, Plaintiff can call 212-659-6190 and leave a message, including a telephone number.

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: July 22, 2022
       New York, New York                           _____
                                                    JESSE M. FURMAN
                                                    United States District Judge